UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

**Filed**

August 26, 2025 via Brooklyn Office

U.S. District Court

Eastern District of New York

--------------------------------------------------------------

Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,

**25-cv-05042**

RECEIVED

September 5, 2025

EDNY CI PRO SE OFFICE

v.                           Civil Action No. _____

**BROWN, J.**
**LOCKE, M.J.**

Jane Doe (a/k/a "sexygossip123"),

Defendant.

--------------------------------------------------------------

RECEIVED
AUG 2 6 2025
PRO SE OFFICE

## COMPLAINT

Plaintiff, Rood Alvarez a/k/a Rhoco Benjie ("Plaintiff"), for his Complaint against Defendant Jane Doe (a/k/a "sexygossip123") alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the United States, including claims related to defamation, harassment, and potential violations of Plaintiff's rights under federal law. In the alternative, if this Court determines federal jurisdiction is not available, Plaintiff reserves the right to refile in New York State Supreme Court, which has general jurisdiction over civil matters including defamation.

### FACTUAL ALLEGATIONS

5. On or about August 13, 2025, Defendant, using the handle "sexygossip123," published a post on The Tea App falsely claiming Plaintiff is a "fake artist," "seriously broke," and that "all that he got on is fake."

6. These statements are false and defamatory, published with actual malice and reckless disregard for the truth.

7. The defamatory post was accessible to the public and circulated among members of the music

industry.

8. Plaintiff has suffered reputational harm, economic damages, and emotional distress as a result of Defendant's false statements.

9. Screenshots of the defamatory content are attached hereto as Exhibit A.

Plaintiff further alleges that Defendant's false statements damaged his personal relationships. Friends, family, and community associates questioned Plaintiff's integrity, leading to strained interactions, embarrassment, and loss of trust.

## CAUSES OF ACTION

### Count I – Defamation (Libel)

10. Plaintiff incorporates by reference the allegations in paragraphs 1–9.

11. Defendant published false and defamatory statements of fact about Plaintiff.

12. Defendant acted with actual malice and knowledge of falsity or reckless disregard for the truth.

13. Plaintiff has suffered damages, including reputational injury and economic loss.

### Count II – Libel Per Se

14. Plaintiff incorporates by reference the allegations in paragraphs 1–13.

15. Defendant's statements accuse Plaintiff of professional incompetence, insolvency, and dishonesty, which constitute libel per se under New York law.

16. Plaintiff is entitled to presumed damages for libel per se.

### Count III – False Light / Invasion of Privacy

17. Plaintiff incorporates by reference the allegations in paragraphs 1–16.

18. Defendant publicized false information portraying Plaintiff in a misleading and offensive manner.

19. Such conduct invaded Plaintiff's right to privacy and caused damages.

### Count IV – Intentional Infliction of Emotional Distress

20. Plaintiff incorporates by reference the allegations in paragraphs 1–19.

21. Defendant's conduct was extreme and outrageous, intentionally or recklessly causing severe emotional distress.

22. Plaintiff has suffered humiliation, mental anguish, and emotional harm as a result.

## REQUEST FOR EARLY DISCOVERY / SUBPOENA AUTHORITY

23. Because Defendant has used an anonymous handle ("sexygossip123") on The Tea App, Plaintiff cannot identify Defendant without discovery.

24. Plaintiff respectfully requests permission to serve a subpoena on The Tea App and/or its parent company, requiring production of identifying information sufficient to identify Defendant.

25. Such relief is necessary to enable Plaintiff to properly name Defendant and proceed with this lawsuit.

**PRAYER FOR RELIEF**

b. Award compensatory damages in an amount to be proven at trial, but not less than $500,000;

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Dated: August 18, 2025

Respectfully submitted,

*Rood Alvarez A/K/A Rhoco Benjie*

Rood Alvarez a/k/a Rhoco Benjie

8929 163rd St, Apt 2E

Jamaica, NY 11432

Phone: (516) 368-4245

Email: Rhocobenjie@gmail.com

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,

v.

Jane Doe (a/k/a "sexygossip123"),

Defendant.

Case No.: _____

EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,

v.

Jane Doe (a/k/a "sexygossip123"),

Defendant.

Case No.: _____

EXHIBIT A-1



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK


Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,

v.

Jane Doe (a/k/a "sexygossip123"),

Defendant.


Case No.: _____


EXHIBIT A-2

10:12      ..ll LTE ⚡

< **rhocobenjie** ✔      ...



Rhoco Benjie

**54**    **11.6K**    **2,973**
posts    followers    following

Musician/band
QUEENS SECRET WEAPON 🦍
 x 📇
Pocket Rocket (Official Video) Out Now 🚀
"Hope You Prada Me" Album Out on All... more
🔗 youtu.be/NR4bMyd66hE?si=o... and 2 more
Ⓢ rhocobenjie ▶ Location (feat. Luxury Dutch) · Rh...

**Follow**    Message    Subscribe   **2/2**

### Rhoco benjie 33      Queens, NY ⋮

 1     6

**sexygossip123** 3d

he is wack and a fake artist he is seriously broke . you
get around him and you will be the one taking care of
everything . he has nothing to his name . he talks to so
much females just be careful

**Afrocentricqueen** I could nevverrrrrr

3d Reply      ♡ 1

Add a comment    🎤 GIF 🖼

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK


Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,


v.


Jane Doe (a/k/a "sexygossip123"),

Defendant.


Case No.: _____


EXHIBIT A-3



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK


Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,


v.


Jane Doe (a/k/a "sexygossip123"),

Defendant.


Case No.: _____


EXHIBIT A-4



10:12    LTE

< Rhoco benjie

🚩 1    🚩 6    sexygossip123 3d

he is wack and a fake artist he is seriously broke . you get around him and you will be the one taking care of everything . he has nothing to his name . he talks to so much females just be careful

**Afrocentricqueen** I could nevverrrrrr
3d **Reply**    ♡ 1

**ineedthejuice_** Alll that shit he got on fake 😂
3d **Reply**    ♡ 1

**xxbeenthatgirlxx** This mf just got out of jail 😂 😂 A feen for pussy and feet pics
3d **Reply**    ♡ 1
—— View 1 reply

**spida03** Have him on social media he been gave corny
2d **Reply**    ♡

**bigbottomedgirlx3** Corn on the cob. He stole from me before fucks every thing raw

Add a comment    🎤  [GIF]  🖼

Rood Alvarez a/k/a Rhoco Benjie

8929 163rd St, Apt 2E

Jamaica, NY 11432

Phone: (516) 368-4245

Email: Rhocobenjie@gmail.com

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    AUG 2 6 2025    ★

BROOKLYN OFFICE

August 16, 2025

D E C E I V E
AUG 2 6 2025
PRO SE OFFICE

Clerk of Court

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Re: Filing of Complaint – Rood Alvarez a/k/a Rhoco Benjie v. Jane Doe (a/k/a "sexygossip123")

Dear Clerk of Court,

Enclosed please find documents for filing in the above-referenced matter:

1. Complaint with Exhibit A attached
2. Civil Cover Sheet (JS-44)
3. Application to Proceed Without Prepayment of Fees (In Forma Pauperis)

I respectfully request that the Court review and accept my Application to Proceed In Forma Pauperis. Upon approval, I ask that the Complaint be filed without prepayment of the filing fee.

Please assign a civil case number and kindly return to me:
- A file-stamped copy of the Complaint for my records; and
- A file-stamped copy of the Summons once issued, so that I may complete service of process

REC'D IN PRO SE OFFICE
AUG 28 '25 PM12:07

and file Proof of Service with the Court.

If any additional information is required, I may be reached at the address, phone number, or email listed above.

Thank you for your time and assistance.

Respectfully submitted,

Rood Alvarez a/k/a Rhoco Benjie

Plaintiff, Pro Se

To: Clerk of Court
United States District Court
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 26 2025 ★

BROOKLYN OFFICE

From: Rood Alvarez A/K/A Rhoco Benjie
   8929 163rd St Apt 2E
Jamaica, NY 11432

**FROM:**

Bood Alvarez
8929 163rd St. Apt 2E
Jamaica,
NY 11432



CERTIFIED MAIL

9589 0710 5270 1833 5948 86



Retail

U.S. POSTAGE PAID
PM
JAMAICA, NY 11432
AUG 21, 2025

11201

$19.75

RDC 03

S2324E500386-45

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 6 2025 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 6 2025 ★
BROOKLYN OFFICE

**TO:**

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

USMS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 6 2025 ★
BROOKLYN OFFICE