UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------
Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,


v.                          Civil Action No. 25-cv-05042


Jane Doe (a/k/a "sexygossip123"),

Defendant.

-----------------------------------------------------------
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 26 2025 ★
LONG ISLAND OFFICE

Brown, D.J.
Locke, M.J.

## NOTICE OF MOTION FOR EARLY DISCOVERY

PLEASE TAKE NOTICE that Plaintiff, Rood Alvarez a/k/a Rhoco Benjie, appearing pro se, will and hereby does move this Court, before the Honorable Judge assigned to this case, at the United States District Court for the Eastern District of New York, for an Order pursuant to Federal Rule of Civil Procedure 26(d)(1) granting leave to serve a Rule 45 subpoena on The Tea App (and/or its parent company/custodian of records) prior to the Rule 26(f) conference, for the limited purpose of identifying Defendant Jane Doe (a/k/a "sexygossip123").

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and the Declaration of Rood Alvarez.

Dated: August 18, 2025

Respectfully submitted,

_Rood Alvarez_      A/K/A Rhoco Benjie

Rood Alvarez a/k/a Rhoco Benjie
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,

v.

Jane Doe (a/k/a "sexygossip123"),

Defendant.

Case No.: _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 26 2025 ★

BROOKLYN OFFICE

**25-cv-05042**

**Brown, D.J.**
**Locke, M.J.**



PLAINTIFF'S MOTION FOR LEAVE TO SERVE SUBPOENA PRIOR TO RULE 26(f) CONFERENCE

TABLE OF CONTENTS

1. Notice of Motion ................................................. 3

2. Memorandum of Law in Support ............................. 4

3. Declaration of Rood Alvarez ................................. 7

4. Proposed Order ................................................. 10

NOTICE OF MOTION

