UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 26 2025  ★

LONG ISLAND OFFICE

-----------------------------------------------------------

Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,

v.        Civil Action No. _____   **25-cv-05042**

**Brown, D.J.**

Jane Doe (a/k/a "sexygossip123"),        **Locke, M.J.**

Defendant.

-----------------------------------------------------------

# MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR EARLY DISCOVERY

**INTRODUCTION**

Plaintiff respectfully requests leave to serve a Rule 45 subpoena on The Tea App in order to identify the anonymous defendant, "Jane Doe" a/k/a "sexygossip123." Without this discovery, Plaintiff cannot serve Defendant or proceed with this action.

**LEGAL STANDARD**

Under Federal Rule of Civil Procedure 26(d)(1), discovery generally is not permitted before the Rule 26(f) conference, absent a court order. Courts in this District and elsewhere, however, routinely grant early discovery to identify anonymous defendants in Internet-based defamation actions. See Arista Records, LLC v. Doe 3, 604 F.3d 110 (2d Cir. 2010).

**ARGUMENT**

1. Plaintiff has a prima facie claim. Plaintiff's Complaint alleges that Defendant made and published false, defamatory statements on The Tea App. Screenshots of the defamatory statements are attached as Exhibit A to the Complaint. These allegations state viable claims for

defamation, libel per se, and intentional infliction of emotional distress.

2. The discovery sought is narrowly tailored. Plaintiff seeks only the identifying information (name, address, email, phone number, and IP logs) of the account holder of "sexygossip123." Plaintiff does not seek the content of communications or any other private data.

3. Good cause exists. Without early discovery, Plaintiff cannot identify or serve Defendant and therefore cannot pursue this case. Early discovery is necessary to prevent undue delay and prejudice.

## CONCLUSION

For these reasons, Plaintiff respectfully requests that the Court grant this Motion and permit Plaintiff to serve a subpoena upon The Tea App to obtain identifying information for Defendant Jane Doe (a/k/a "sexygossip123").

Dated: August 18, 2025

Respectfully submitted,

_____ A/K/A Rhoco Benjie
Rood Alvarez a/k/a Rhoco Benjie
Plaintiff, Pro Se