UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

Rood Alvarez a/k/a Rhoco Benjie,

Plaintiff,

v.

Jane Doe (a/k/a "sexygossip123"),

Defendant.

---

Civil Action No. **25-cv-05042**

**Brown, D.J.**
**Locke, M.J.**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 26 2025 ★
LONG ISLAND OFFICE

### DECLARATION OF ROOD ALVAREZ

I, Rood Alvarez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action.
2. On August 13, 2025, I discovered a defamatory post about me on The Tea App under the username "sexygossip123."
3. The post contains false statements including that I am a "fake artist," "seriously broke," and that "all that he got on is fake."
4. I took and preserved screenshots of the post, which are attached as Exhibit A to my Complaint.
5. I do not know the true identity of the person operating the account "sexygossip123."
6. Without early discovery, I cannot identify or serve Defendant.
7. The subpoena I seek is limited to identifying information necessary for service of process, including name, address, email, phone number, and IP logs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August, 2025, in Jamaica, New York.

_____
Rood Alvarez a/k/a Rhoco Benjie
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| Rood Alvarez, Plaintiff, | Civil Action No.: _____ |
|---|---|
| v. John Doe (a/k/a "sexygossip123") and The Tea App, Defendants. | |

DECLARATION OF ROOD ALVAREZ IN SUPPORT OF PLAINTIFF'S MOTION FOR EARLY DISCOVERY

I, Rood Alvarez, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and make this declaration in support of my Motion for Early Discovery to serve a subpoena on The Tea App for records identifying the anonymous account "sexygossip123."

2. On or about May 2025, I became aware of defamatory and harassing statements made about me on The Tea App by the anonymous account "sexygossip123."

3. The post, a screenshot of which is attached hereto as Exhibit A, falsely states that I am "wack," "a fake artist," "seriously broke," and attempts to damage my professional reputation and livelihood as a musician and artist.

4. These statements are false, malicious, and have caused me reputational harm, embarrassment, emotional distress, and financial damages.

5. I do not know the true identity of "sexygossip123." Without discovery from The Tea App, I cannot identify the defendant responsible for the defamatory statements and properly serve them with this lawsuit.

6. I am informed and believe that The Tea App maintains account registration data, IP logs, and other identifying information that would reveal the identity of the anonymous user "sexygossip123."

7. Early discovery is necessary because this lawsuit cannot proceed until the anonymous defendant is identified.

8. I make this declaration in good faith and respectfully request that the Court grant my Motion for Early Discovery and allow me to serve a subpoena on The Tea App for the purpose of identifying "sexygossip123."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 19th day of August 2025, in Queens, New York.

*Rood Alvarez*

Rood Alvarez

8929 163rd Street, Apt. 2E

Jamaica, NY 11432

Phone: 516-368-4245

Email: Rhocobenjie@gmail.com

Attachment: Exhibit A – Screenshot of defamatory post from "sexygossip123" on The Tea App



**rhocobenjie** ✓

**Rhoco Benjie**
54 posts | 11.6K followers | 2,973 following

Musician/band
QUEENS SECRET WEAPON 🤤
🏁 x 🏴
Pocket Rocket (Official Video) Out Now 🚀
"Hope You Prada Me" Album Out on All... more
🔗 youtu.be/NR4bMyd66hE?si=o... and 2 more
@ rhocobenjie ▶ Location (feat. Luxury Dutch) · Rh...

Follow | Message | Subscribe   2/2

**Rhoco benjie** 33                                    Queens, NY ⋮

🚩 1    🚩 6                            sexygossip123 3d

he is wack and a fake artist he is seriously broke . you get around him and you will be the one taking care of everything . he has nothing to his name . he talks to so much females just be careful

**Afrocentricqueen** I could nevverrrrrr
3d Reply                                                  ♡ 1

Add a comment