UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Rood Alvarez a/k/a Rhoco Benjie,
Plaintiff,

v.

Jane Doe (a/k/a "sexygossip123"),
Defendant.

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 26 2025   ★

LONG ISLAND OFFICE

Case No.: **25-cv-05042**

**Brown, D.J.**
**Locke, M.J.**

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

1. Personal Information

• Name: Rood Alvarez a/k/a Rhoco Benjie

• Address: 8929 163rd St, Apt 2E, Jamaica, NY 11432

• Phone: (516) 368-4245

• Email: Rhocobenjie@gmail.com

2. Employment Information

• Employer: Self-employed in music business

• Monthly income: $ 0

• Other income (if any): $ 0

3. Financial Status

• Cash on hand: $ 0

- Bank accounts (checking/savings): $ 0
- Real estate and other assets: $ 0
- Debts (rent, loans, credit cards): $ 0

4. Household Information

- Number of dependents: 0
- Monthly household expenses: $1,500

5. Statement of Inability to Pay Fees

I, Rood Alvarez a/k/a Rhoco Benjie, declare under penalty of perjury that I am unable to pay the filing fee for this civil action without financial hardship. I believe that I am entitled to proceed without prepayment of fees.

6. Certification

I certify that the above information is true and correct to the best of my knowledge.

Signature: *Rood Alvarez*
Date: 8/19/25