UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROOD ALVAREZ, also known as RHOCO BENJIE,

                                  Plaintiff,

        -against-

JANE DOE, also known as "sexygossip123",

                                  Defendant.
------------------------------------------------------------------X

FILED
CLERK
10/7/2025 4:55 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**ORDER**
25-CV-5042 (GRB)(SIL)

**GARY R. BROWN, United States District Judge:**

      Before the Court is an application to proceed *in forma pauperis* filed by Rood Alvarez, also known as Rhoco Benjie ("Plaintiff"), acting *pro se*. *See* Docket Entry ("DE") 9. For the reasons that follow, Plaintiff's application to proceed *in forma pauperis* is denied without prejudice and with leave to renew upon filing the enclosed "Application to Proceed in District Court without Prepaying Fees or Costs (Long Form)" (AO 239) ("Long Form"). Alternatively, Plaintiff may pay the $405.00 filing fee.

      To qualify for *in forma pauperis* status, the Supreme Court has long held that "an affidavit is sufficient which states that one cannot because of his poverty pay or give security for the costs [inherent in litigation] and still be able to provide himself and dependents with the necessities of life." *Adkins v. E.I. Du Pont De Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal quotation marks omitted). "The purpose of the statute permitting litigants to proceed IFP [*in forma pauperis*] is to insure that indigent persons have equal access to the judicial system." *Davis v. NYC Dept. of Educ.*, 10-CV-3812, 2010 WL 3419671, at *1 (E.D.N.Y. August 27, 2010) (citing *Gregory v. NYC Health & Hospitals Corp.*, 07-CV-1531, 2007 WL 1199010, at *1 (E.D.N.Y. Apr. 17, 2007)). The determination of whether an applicant qualifies for *in forma pauperis* status is within the discretion of the district court. *Davis*, 2010 WL 3419671 at *1

(citing *DiGianni v. Pearson Educ.*, 10-CV-0206, 2010 WL 1741373, at *1 (E.D.N.Y. Apr. 30, 2010)). The court may dismiss a case brought by a plaintiff requesting to proceed *in forma pauperis* if the "allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).

Plaintiff's application does not include sufficient information for the Court to determine his qualification for *in forma pauperis* status. *See* DE 9, *generally*. Indeed, Plaintiff did not use either the Long Form or Short Form IFP application form and his version does not include the same questions as either of the Court's forms. (*Compare* DE 9 *with* AO 239 (Long Form) or AO 240 (Short Form)). In addition, Plaintiff's reported financial information raises more questions than it answers. For example, Plaintiff reports having no income, savings, or assets yet reports unspecified "[m]onthly household expenses" in the sum of $1,500 with no explanation of how those expenses are paid. (DE 2 at ¶¶ 2-4.) Plaintiff has not reported any debts. (DE 9 *in toto*.) Accordingly, Plaintiff's IFP application is denied without prejudice and with leave to renew on the Long Form enclosed with this Order. Alternatively, Plaintiff may pay the $405.00 filing fee. Plaintiff is cautioned that, once paid, there are no refunds of the filing fee regardless of the outcome of the case.[1] Plaintiff shall either file the Long Form with a complete report of his finances or remit the filing fee within two (2) weeks of the date of this Order or this action will be dismissed without prejudice.

The Clerk of the Court shall mail a copy of this Order to Plaintiff at his address of record and note such mailing on the docket.

---

[1] Plaintiff is encouraged to avail himself of the free resources provided by the *Pro Se* Legal Assistance Program ("PSLAP") run by Hofstra Law School in deciding how to proceed. Plaintiff may reach PSLAP by telephone at (631)297-2575 or by email at PSLAP@Hofstra.edu.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED**.

/s/ Gary R. Brown

Dated:  October 7, 2025
Central Islip, New York

**Hon. Gary R. Brown**
**United States District Judge**