**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROOD ALVAREZ, also known as RHOCO BENJIE,

            Plaintiff,

   - against -

JANE DOE, also known as "sexygossip123",

            Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV 25-5042 (GRB) (SIL)

An Order of Honorable Gary R. Brown, United States District Judge, having been filed on November 13, 2025, dismissing the complaint without prejudice pursuant to Federal Rule of Civil Procedure 12(h)(3); and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that Plaintiff Rood Alvarez take nothing of Defendant Jane Doe; that the complaint is dismissed without prejudice; that Plaintiff may pursue any valid claims he may have against the Defendant in state court; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated: November 17, 2025
       Central Islip, New York

                                               BRENNA B. MAHONEY
                                               CLERK OF COURT

                                  BY:   /S/ JAMES J. TORITTO
                                                   DEPUTY CLERK